IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ALBERTO SANTIAGO DE JESUS

CARMEN DE JESUS LOPEZ

XXX-XX-4019

XXX-XX-3067

Debtor(s)

CASE NO. 03-12399 ESL

Chapter 13

FILED & ENTERED ON 07/23/2008

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The instant case has been dismissed. The duly appointed chapter 13 trustee in the above mentioned case, has rendered a full and complete account of his administration of the estate. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that the bond of trustee be cancelled and the surety thereon released from further liability thereunder, and that the estate be and is hereby closed.

SO ORDERED.

San Juan, Puerto Rico, this 23 day of July, 2008.

*(signature)*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: ALEJANDRO OLIVERAS RIVERA